# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC EMERSON

NO. 2022 KW 0316

**MARCH 29, 2022**

---

In Re:    Cedric Emerson, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          38,852.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**   The records of the Ascension Parish Clerk of
Court's Office reflect the district court complied with this
court's November 5, 2021 ruling by holding a contradictory
hearing on February 15, 2022, at which relator appeared via
Zoom.   To the extent that relator is complaining about his
attorney's failure to comply with the district court's order,
relator should first seek relief in the district court.

**PMc**
**MRT**

     **Welch, J.,** would order the state to provide a copy of the
transcript of the February 15, 2022 proceeding and file a
response to the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT